1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LUCIA CAMACHO,

          Plaintiff,

            v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

          Defendant.

No.  1:15-CV-3208-JTR

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS WITH
PREJUDICE

    **BEFORE THE COURT** is Plaintiff's motion for dismissal with prejudice. ECF No. 20.  Attorney Thomas Bothwell represents Lucia Camacho (Plaintiff); Special Assistant United States Attorney Jeffrey Eric Staples represents the Commissioner of Social Security (Defendant).  The parties have consented to proceed before a magistrate judge.  ECF No. 6.

    Plaintiff requests a dismissal of his action, with prejudice, and indicates Defendant has no objection to the motion to dismiss.  ECF No. 20.  Accordingly,

    **IT IS HEREBY ORDERED:**

    1.  Plaintiff' motion for dismissal with prejudice, **ECF No. 20**, is **GRANTED**.

    2.   Plaintiff's Complaint, ECF No. 4, is **DISMISSED WITH PREJUDICE**.

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 1

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file.

DATED August 23, 2016.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS . . . - 2